LEWIS ROCA ROTHGERBER CHRISTIE LLP
John C. Gray (Cal. Bar No. 267686)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 262-5311
Facsimile: (602) 262-5747
Email: jgray@lrrc.com

Counsel for Respondent
Best Western International, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Damon Charles Williams, | Case No. 8:20-cv-01110-DOC-ADS |
| Petitioner, | (Assigned to the Hon. David O. Carter) |
| v. | **REQUEST FOR ENTRY OF JUDGMENT** |
| Kelly Laimana; Best Western International, Inc., | Fed. R. Civ. P. 58(d) |
| Respondents. | |

Pursuant to Federal Rule of Civil Procedure 58(d), respondent Best Western International, Inc. ("Best Western") respectfully requests that the Clerk of Court enter the proposed final Judgment lodged concurrently herewith.

113434957.2

On December 22, 2020, the Court issued a minute entry order granting Best Western's Motion to Vacate Arbitration Award, (Docket #13), granting Best Western's Motion for Sanctions (Docket #18), and denying petitioner's Motion to Confirm Arbitration Award (Docket #2) (*See* Docket # 24.)

As a result of that minute entry order, the Clerk of Court closed the case on December 23, 2020. (*See* Docket #25.) No judgment, however, had been set out in a separate document pursuant to Federal Rule of Civil Procedure 58(a).

Subsequently, on January 22, 2021, petitioner Damon Charles Williams ("Petitioner") filed a Notice of Appeal. (*See* Docket # 26.) That Notice of Appeal made clear that Petitioner was seeking to appeal an "Order" rather than a final "Judgment." (*See id.* at p. 1.)

Thus, to avoid any of the potential confusion described in the Committee Notes for the 2002 Amendment to Rule 58, Best Western respectfully requests that the Clerk of Court enter the proposed Judgment lodged concurrently herewith, which Best Western has timely proposed in compliance with Rule 58.

Dated: January 28, 2021

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: _____
John C. Gray
*Counsel for Respondent*
*Best Western International, Inc.*