1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Damon Charles Williams,<br><br>        Petitioner,<br><br>        v.<br><br>Kelly Laimana; Best Western International, Inc.,<br><br>        Respondents. | Case No. 8:20-cv-01110-DOC-ADS<br><br>(Assigned to the Hon. David O. Carter)<br><br>**JUDGMENT** [28] |

This action came before the Court, Honorable David O. Carter, District Judge, presiding.  The Court having found the matter suitable for resolution without oral argument, the issues having been duly considered, and a decision having been duly rendered,

113435413.1

JUDGMENT

THE COURT HAS ORDERED AND ADJUDGED THAT:

- Petitioner Damon Charles Williams take nothing;
- The purported Final Arbitration Award issued in favor of petitioner Damon Charles Williams and against respondents Kelly Laimana and Best Western International, Inc. on January 15, 2020, be vacated; and
- Respondent Best Western International, Inc. recover from petitioner Damon Charles Williams the sum of $15,085.00.

Dated: January 29, 2021

_____
Hon. David O. Carter
U.S District Judge

JUDGMENT

113435413.1